IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JOREL CRUZ-NAZARIO,

     Appellant,

v.

    Case No.  5D21-2791
    LT Case No. 2016-CF-11752-A-O

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed May 24, 2022

Appeal from the Circuit Court
for Orange County,
Renee A. Roche, Judge

H. Manuel Hernandez, of H. Manuel
Hernandez, P.A., Longwood, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean
Parrish, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.



EVANDER, EISNAUGLE and NARDELLA, JJ., concur.